THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE SMALL and NORMAN GOLDSTEIN, Appellants.

Argued April 28, 1937; decided May 25, 1937.

*David R. Siegel, Samuel Hassen* and *David H. Shapiro* for Norman Goldstein, appellant.

*Samuel Hassen* for George Small, appellant.

*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

As to each defendant: judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.